FILED
2013 Jul-24 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

CV-13-B-1379-NE

FILED
2013 JUL 24 A 11: 31
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

Muhammad Dailey

Inmate Identification Number:

(Enter above the full name(s) of the plaintiff(s) in this action

vs.

DeWayne Estes

(Enter above full name(s) of the defendant(s) in this action

**NOTICE TO FILING PARTY**

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

1   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes ( ___ )        No ( X )

   B.   If your answer to (A) is "yes,) describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline)

        1   Parties to this previous lawsuit:

            Plaintiff(s) _____

            Defendant(s) _____

- 1 -

    2       Court (if Federal Court, Name the district; if State Court, Name the county)

    3.      Docket Number

    4       Name the judge to whom case was assigned

    5       Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?)

    6       Approximate date of filing lawsuit

    7       Approximate date of disposition

I    Place of present confinement    **Limestone**

    A.    Is there a prisoner grievance procedure in this institution?
            Yes ( ___ )        No ( X )

    B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?
            Yes ( ___ )        No ( X )

    C     If your answer is YES:

         1     What steps did you take?

         2     What was the result?

    D     If your answer is NO, explain why not?

Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A    Name of plaintiff(s)   Harold Dailey
                        Limestone C. F.
              Address   # 28779 Nick Davis Rd
                        Harvest, Ala 35749

In the item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the thirs blank. Use item (C) for the names, positions, and places of employment of any additional defendants

B    Defendant   Dewayne Estes
          is employed as   Warden
          at   Limestone C.F. 28779 Nick Davis Rd / Harvest, Ala 35749

C    Additional Defendants

V.    Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

8th and 14th Amendment Procedural duprocess Violation

- 3 -

When I was place in House arrest I did not recieve a duprocess hearing Pruir to being place in housearrest. While I was in Housearrest I did not recieve 3 meals a day Instead I was feed 2 peanut Butter Sandwich 1 cheese sandwich for a total of 12 days that I stayed in housearrest. ADOC. House is not recognized form of Seg. Thus I was illegally by

RELIEF See Attachment

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want compensatory damages and punative damages for Mental and Emotional distress Caused by a denial of procedural due process, In the sum of 2,000 dollars.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7-11-13

Harold Dailey
Signature(s)

the prison official. I was not able to exercise or able to use the law library.